**Fill in this information to identify the case:**

Debtor 1  Kenya Taylor

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Ohio

Case number  17-31476

## Official Form 410S1
# Notice of Mortgage Payment Change     12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.

**Court claim no.** (if known): 6

**Date of payment change:**
Must be at least 21 days after date of this notice     07/01/2020

**New total payment:**
Principal, interest, and escrow, if any     $ 1217.06

**Last 4 digits** of any number you use to identify the debtor's account:     5 8 6 8

### Part 1:   Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ 484.20     New escrow payment: $ 494.46

### Part 2:   Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

### Part 3:   Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change:

   Current mortgage payment: $ _____     New mortgage payment: $ _____

Debtor 1: Kenya Taylor
First Name / Middle Name / Last Name

Case number (if known): _____

| Part 4: | Sign Here |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Wendy Hyman
Signature

Date 05/19/2020

Print: Hyman, Wendy
First Name / Middle Name / Last Name

Title: VP Loan Documentation

Company: Wells Fargo Bank, N.A.

Address: MAC N9286-01Y
Number / Street
1000 Blue Gentian Road
Address 2
Eagan    MN    55121-7700
City / State / ZIP Code

Contact phone: 800-274-7025

Email: NoticeOfPaymentChangeInquiries@wellsfargo.com

---

Official Form 410S1    **Notice of Mortgage Payment Change**    page **2**

# UNITED STATES BANKRUPTCY COURT

Southern District of Ohio

Chapter 13 No. 17-31476
Judge: Guy R Humphrey

In re:
Kenya Taylor

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before May 20, 2020 via filing with the US Bankruptcy Court's CM ECF system or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid or FedEx.

Debtor:   By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Kenya Taylor
6690 Deer Bluff Drive

Dayton OH 45424


By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A


Debtor's Attorney:   By Court's CM/ECF system registered email address

Eric A Stamps
Stamps & Stamps
3814 Little York Road

Dayton OH 45414


By Court's CM/ECF system registered email address

N/A


Trustee:   By Court's CM/ECF system registered email address

John G. Jansing
Chapter 13 Trustee
131 North Ludlow St Suite 900

Dayton OH 45402

/s/Wendy Hyman
VP Loan Documentation
Wells Fargo Bank, N.A.



**Return Mail Operations**
PO Box 14547
Des Moines, IA 50306-4547

**Escrow Review Statement**
*For informational purposes only*

**Statement Date:** May 11, 2020
**Loan number:**
**Property address:**
6690 DEER BLUFF DRIVE
HUBER HEIGHTS OH 45424-7031

## Customer Service

**Online**
wellsfargo.com

**Telephone**
1-800-340-0473

**Correspondence**
PO Box 10335
Des Moines, IA 50306

**Hours of operation**
Mon - Fri 7 a.m. - 7 p.m. CT

**To learn more, go to:**
wellsfargo.com/escrow

We accept telecommunications relay service calls

KENYA K TAYLOR
6690 DEER BLUFF DRIVE
HUBER HEIGHTS OH 45424

*PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only. The summaries below are based on the terms of the loan and are provided for informational purposes only.*

These amounts are governed by the terms of the loan unless otherwise reduced by an order of the bankruptcy court. Because the amounts billed for the escrow items can change over time, we review the escrow account at least once per year to ensure there will be enough money to make these payments. Once the review is complete, we send the escrow review statement, also known as the escrow account disclosure statement.

Here's what we found:
- **Required Minimum Balance:** The escrow account balance is projected to fall below the required minimum balance. This means there is a **shortage**.

- **Payments:** As of the **July 1, 2020** payment, the contractual portion of the escrow payment **increases**.

### The escrow account has a shortage of
### $233.79

## Part 1 - Mortgage payment

### Option 1 — Pay the shortage amount over 12 months

| | Previous payment through 06/01/2020 payment date | New payment beginning with the 07/01/2020 payment |
|---|---|---|
| **Principal and/or interest** | $722.60 | $722.60 |
| **Escrow payment** | $484.20 | $494.46 |
| **Total payment amount** | $1,206.80 | $1,217.06 |

### Option 1: No action required

Starting **July 1, 2020** the new contractual payment amount will be **$1,217.06**

### Option 2 — Pay the shortage amount of $233.79

| | Previous payment through 06/01/2020 payment date | New payment beginning with the 07/01/2020 payment |
|---|---|---|
| **Principal and/or interest** | $722.60 | $722.60 |
| **Escrow payment** | $484.20 | $474.98 |
| **Total payment amount** | $1,206.80 | $1,197.58 |

### Option 2: Pay shortage in full

Starting **July 1, 2020** the new contractual payment amount will be **$1,197.58**

**See Page 2 for additional details.**

*Note: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this coupon is being provided for informational purposes only. If your Chapter 13 plan calls for your Chapter 13 Trustee to make the on-going post-petition mortgage payments, please contact your attorney or the Trustee's office before directly sending any amounts relating to this escrow shortage*



KENYA K TAYLOR

Wells Fargo Home Mortgage
PO Box 10394
Des Moines, IA 50306-0394

If you choose to pay the shortage in full as referenced in Option 2, detach this coupon and mail it along with a check for $233.79 to the address that appears on this coupon.

This payment must be received no later than **July 1, 2020**.

708     6 10 02 0012566700119758 00149046 00023379 0

## Part 2 - Payment calculations

For the past review period, the amount of the escrow items was $4,379.30. For the coming year, we expect the amount paid from escrow to be $5,699.82.

### How was the escrow payment calculated?

To determine the escrow payment, we add the projected escrow items to be paid over the next 12 months. We base these projected amounts on any escrow items that may have been paid in the past and any future anticipated payments to be made. We then divide the amounts by 12 payments to determine the escrow amount.

The chart below includes any actual escrow disbursements as well as any shortage that may have been identified for the past three analysis periods up through the date of the analysis.

### Escrow comparison

|  | 06/18 - 05/19 (Actual) | 01/19 - 12/19 (Actual) | 07/19 - 05/20 (Actual) | 07/20 - 06/21 (Projected) |  | # of months |  | New monthly escrow amount |
|---|---|---|---|---|---|---|---|---|
| **Property taxes** | $3,356.21 | $3,367.58 | $1,692.21 | $3,361.82 | ÷ | 12 | = | $280.15 |
| **Property insurance** | $2,153.00 | $2,153.00 | $2,338.00 | $2,338.00 | ÷ | 12 | = | $194.83 |
| **Total taxes and insurance** | $5,509.21 | $5,520.58 | $4,030.21 | $5,699.82 | ÷ | 12 | = | $474.98 |
| **Escrow shortage** | $0.00 | $0.00 | $301.19 | $233.79 | ÷ | 12 | = | $19.48** |
| **Mortgage insurance** | $615.36 | $605.49 | $349.09 | $0.00 | ÷ | 12 | = | $0.00 |
| **Total escrow** | $6,124.57 | $6,126.07 | $4,680.49 | $5,933.61 | ÷ | 12 |  | $494.46 |

**This amount is added to the payment if Option 1 on page 1 is selected.

### Projected escrow account activity over the next 12 months

To determine if there will be a shortage or overage in the account, we calculate whether the amount of the lowest projected escrow balance will be greater or less than the required minimum balance. This is determined by subtracting the required minimum balance from the lowest projected balance. If the outcome is positive, there is an overage. If it is negative, there is a shortage. The calculation is below:

| Lowest projected escrow balance  June, 2021 |   | $716.17 | (Calculated in Part 3 - Escrow account projections table) |
|---|---|---|---|
| Minimum balance for the escrow account† | - | $949.96 | (Calculated as: $474.98  X 2 months) |
| **Escrow shortage** | = | **-$233.79** |  |

†The minimum balance includes a cash reserve to help cover any increase in taxes and/or insurance. To calculate the cash reserve for the escrow account, we add the yearly escrow payments, and divide by 12. We take this amount and multiply it by  2 as allowed by state laws and/or the mortgage contract to determine the cash reserve.

## Part 3 - Escrow account projections

### Escrow account projections from July, 2020 to June, 2021

| Date | Payments to escrow | What we expect to pay out | Description | Projected escrow balance | Balance required in the account |
|---|---|---|---|---|---|
| Jun 2020 | | | Starting balance | $716.23 | $950.02 |
| Jul 2020 | $474.98 | $0.00 | | $1,191.21 | $1,425.00 |
| Aug 2020 | $474.98 | $0.00 | | $1,666.19 | $1,899.98 |
| Sep 2020 | $474.98 | $0.00 | | $2,141.17 | $2,374.96 |
| Oct 2020 | $474.98 | $0.00 | | $2,616.15 | $2,849.94 |
| Nov 2020 | $474.98 | $0.00 | | $3,091.13 | $3,324.92 |
| Dec 2020 | $474.98 | $0.00 | | $3,566.11 | $3,799.90 |
| Jan 2021 | $474.98 | $1,692.21 | MONTGOMERY COUNTY (W) | $2,348.88 | $2,582.67 |
| Feb 2021 | $474.98 | $0.00 | | $2,823.86 | $3,057.65 |
| Mar 2021 | $474.98 | $2,338.00 | LIBERTY MUTUAL | $960.84 | $1,194.63 |
| Apr 2021 | $474.98 | $0.00 | | $1,435.82 | $1,669.61 |
| May 2021 | $474.98 | $0.00 | | $1,910.80 | $2,144.59 |
| Jun 2021 | $474.98 | $1,669.61 | MONTGOMERY COUNTY (W) | $716.17 | $949.96 |
| Totals | $5,699.76 | $5,699.82 | | | |

## Part 4 - Escrow account history

### Escrow account activity from July, 2019 to June, 2020

| Date | Deposits to escrow | | | Payments from escrow | | | Description | Escrow balance | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | Projected | Difference | Actual | Projected | Difference | | Actual | Projected | Difference |
| Jul 2019 | | | | | | | Starting Balance | -$2,326.97 | $918.21 | -$3,245.18 |
| Jul 2019 | $488.77 | $508.97 | -$20.20 | $0.00 | $49.87 | -$49.87 | FHA Insurance | -$1,838.20 | $1,377.31 | -$3,215.51 |
| Jul 2019 | $0.00 | $0.00 | $0.00 | $49.87 | $0.00 | $49.87 | FHA Insurance | -$1,888.07 | $1,377.31 | -$3,265.38 |
| Aug 2019 | $488.77 | $508.97 | -$20.20 | $0.00 | $49.87 | -$49.87 | FHA Insurance | -$1,399.30 | $1,836.41 | -$3,235.71 |
| Aug 2019 | $0.00 | $0.00 | $0.00 | $49.87 | $0.00 | $49.87 | FHA Insurance | -$1,449.17 | $1,836.41 | -$3,285.58 |
| Sep 2019 | $488.77 | $508.97 | -$20.20 | $0.00 | $49.87 | -$49.87 | FHA Insurance | -$960.40 | $2,295.51 | -$3,255.91 |
| Sep 2019 | $0.00 | $0.00 | $0.00 | $49.87 | $0.00 | $49.87 | FHA Insurance | -$1,010.27 | $2,295.51 | -$3,305.78 |
| Oct 2019 | $488.77 | $508.97 | -$20.20 | $0.00 | $49.87 | -$49.87 | FHA Insurance | -$521.50 | $2,754.61 | -$3,276.11 |
| Oct 2019 | $0.00 | $0.00 | $0.00 | $49.87 | $0.00 | $49.87 | FHA Insurance | -$571.37 | $2,754.61 | -$3,325.98 |
| Nov 2019 | $488.77 | $508.97 | -$20.20 | $0.00 | $49.87 | -$49.87 | FHA Insurance | -$82.60 | $3,213.71 | -$3,296.31 |
| Nov 2019 | $0.00 | $0.00 | $0.00 | $49.87 | $0.00 | $49.87 | FHA Insurance | -$132.47 | $3,213.71 | -$3,346.18 |
| Dec 2019 | $488.77 | $508.97 | -$20.20 | $0.00 | $49.87 | -$49.87 | FHA Insurance | $356.30 | $3,672.81 | -$3,316.51 |
| Dec 2019 | $0.00 | $0.00 | $0.00 | $49.87 | $0.00 | $49.87 | FHA Insurance | $306.43 | $3,672.81 | -$3,366.38 |
| Jan 2020 | $0.00 | $508.97 | -$508.97 | $0.00 | $49.87 | -$49.87 | FHA Insurance | $306.43 | $4,131.91 | -$3,825.48 |
| Jan 2020 | $0.00 | $0.00 | $0.00 | $1,692.21 | $1,697.97 | -$5.76 | MONTGOMERY COUNTY (W) | -$1,385.78 | $2,433.94 | -$3,819.72 |
| Jan 2020 | $0.00 | $0.00 | $0.00 | $49.87 | $0.00 | $49.87 | FHA Insurance | -$1,435.65 | $2,433.94 | -$3,869.59 |
| Feb 2020 | $0.00 | $508.97 | -$508.97 | $0.00 | $49.87 | -$49.87 | FHA Insurance | -$1,435.65 | $2,893.04 | -$4,328.69 |
| Mar 2020 | $534.07 | $508.97 | $25.10 | $0.00 | $49.87 | -$49.87 | FHA Insurance | -$901.58 | $3,352.14 | -$4,253.72 |
| Mar 2020 | $0.00 | $0.00 | $0.00 | $2,338.00 | $2,153.00 | $185.00 | LIBERTY MUTUAL | -$3,239.58 | $1,199.14 | -$4,438.72 |
| Apr 2020 | $534.07 | $508.97 | $25.10 | $0.00 | $49.87 | -$49.87 | FHA Insurance | -$2,705.51 | $1,658.24 | -$4,363.75 |
| May 2020 (estimate) | $4,607.15 | $508.97 | $4,098.18 | $0.00 | $49.87 | -$49.87 | FHA Insurance | $1,901.64 | $2,117.34 | -$215.70 |
| Jun 2020 (estimate) | $484.20 | $508.97 | -$24.77 | $0.00 | $49.87 | -$49.87 | FHA Insurance | $2,385.84 | $2,576.44 | -$190.60 |
| Jun 2020 (estimate) | $0.00 | $0.00 | $0.00 | $1,669.61 | $1,658.24 | $11.37 | MONTGOMERY COUNTY (W) | $716.23 | $918.20 | -$201.97 |
| Totals | $9,092.11 | $6,107.64 | $2,984.47 | $6,048.91 | $6,107.65 | -$58.74 | | | | |

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. ©2019 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801  9/19